

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*********************************************************************
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 08-40156-01 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| BRIAN RANDALL, | * | |
| Defendant. | * | |

*********************************************************************

Pending before the Court is the Defendant's Plea Agreement, Factual Basis Statement, and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on March 8, 2010, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Superseding Information with Money Laundering in violation of 18 U.S.C. § 1957. After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Brian Randall is adjudged guilty.

Dated this 26th day of March, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
        DEPUTY